# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 236 MAL 2023

          Respondent                 :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

          v.                        :

HENRY DIAZ-AYALA,              :

          Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 20th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.